IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CORNERSTONE ON-SITE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-2789 |
| | § | |
| ONSITE HEALTH, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The parties filed a joint motion for continuance of the scheduling conference, (Docket Entry No. 14). The motion is granted. The initial pretrial and scheduling conference is reset to **March 27, 2015, at 9:30 a.m.** The joint discovery/case management plan is due by March 13, 2015.

SIGNED on February 23, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge